UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 6:15-cv-957-Orl-22DB

DR. GUY YVES PELCHAT, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

PREVENTION PHARMACEUTICALS, INC.,
a Connecticut Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that Plaintiff has reached a settlement agreement with Defendant. The Parties hereby request that all deadlines be stayed. The Parties will file a Stipulation of Dismissal once the settlement has finalized.

    Respectfully submitted,

    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com

    Social Justice Law Collective, PL
    P.O. Box 70327
    Washington, DC 20024
    Tel: (202) 709-5744

    Peter Bennett
    Florida Bar No. 68219
    peterbennettlaw@gmail.com
    Richard Bennett
    Florida Bar No.150627
    richardbennett27@gmail.com

2

          Bennett & Bennett
          1200 Anastasia Avenue
          Office Suite #360
          Coral Gables, Florida 33134
          Tel: (305) 444-5925

        By: *s/ Shawn Heller*
          Shawn Heller

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 28th day of September, 2015, which will send a notice of electronic filing to all attorneys of record.  The foregoing will also be personally served on the Defendant.

        By: *s/ Shawn Heller*
          Shawn Heller, Esq.

2